# In The United States Court of Federal Claims

No. 12-863C

(Filed:  December 14, 2012)

_____

INSIGHT SYSTEMS CORP.,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On December 13, 2012, a telephonic status conference was held in this case.  Participating in the conference were Richard J. Webber, for plaintiff, and Matthew Paul Roche, for defendant.  As discussed during the conference, the court hereby orders the following:

1. On or before December 17, 2012, the parties shall file a proposed protective order; and

2. On or before December 19, 2012, the parties shall file a joint status report indicating how this case should proceed.  Prior to filing that report, counsel shall confer with counsel in *CenterScope Technologies, Inc. v. United States*, No. 12-883C (Fed. Cl.).

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge