# In The United States Court of Federal Claims

No. 12-883C

(Filed: December 19, 2012)

_____

CENTERSCOPE TECHNOLOGIES,
INC.,

               Plaintiff,

   v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, December 20, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge