# In The United States Court of Federal Claims

No. 12-883C

(Filed: December 21, 2012)

_____

CENTERSCOPE TECHNOLOGIES, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

### ORDER
_____

Today, plaintiff moved to consolidate this case with *Insight Systems Corp. v. United States*, 12-863C (Fed. Cl.). Neither defendant nor the plaintiff in *Insight* objects to consolidation. The motion is hereby **GRANTED**. All further filings in this matter should be filed in *Insight Systems Corp. v. United States*, 12-863C (Fed. Cl.).

The parties in this now consolidated matter are hereby ordered to comply with the terms of the protective order entered in *Insight*, 12-863C (Dkt. 14).

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge